**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| FOREVER GIFTS, INC., | § § § | |
| *Plaintiff,* | § § | Case No. 6:17-cv-00635 |
| v. | § § | JURY TRIAL DEMANDED |
| QUANXIN LIGHTING & ELECTRICAL (USA) INC., | § § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Parties' Joint Notice of Settlement and Motion to Stay Deadlines (Dkt. No. 23).  Having considered the Joint Motion, the Court finds that the Motion should be and hereby is **GRANTED**. It is **ORDERED** that all deadlines between the Parties are stayed for fourteen (14) days, up to and including April 23, 2018, during which time the Parties shall finalize their settlement agreement and tender an agreed order for the Court to enter which dismisses this case with prejudice.

**So ORDERED and SIGNED this 10th day of April, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE