**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| FOREVER GIFTS, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Case No. 6:17-cv-00635 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| QUANXIN LIGHTING & ELECTRICAL (USA) INC., | § § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice (Dkt. No. 25). Having considered the Joint Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's claims for relief that were asserted or that could have been asserted against Defendant, and Defendant's claims for relief that were asserted or that could have been asserted against Plaintiff in this case are **DISMISSED WITH PREJUDICE**. All attorneys' fees, costs of court, and expenses shall be borne by the party incurring same. Any pending motions presently unresolved by the court are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**So ORDERED and SIGNED this 24th day of April, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE